## SPECIAL CONDITIONS OF RELEASE

**RE:   Renfrow, Anthony**
**Doc. No. 2:12-mj-0126 GGH**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall cooperate in the collection of a DNA sample;

4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

8. You shall not obtain a passport or other travel document during the pendency of this case;

9. You shall report any contact with law enforcement to your pretrial services officer within 24 hours; and,

10. Your travel is restricted to the Eastern District of California and the District of Kansas without the prior consent of the pretrial services officer.

May 16, 2012